IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHRISTOPHER JEFFERSON,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

Case No. 5D23-1743
LT Case No. 2018-CF-007876-A

Opinion filed August 11, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Christopher Jefferson, Cross City,
pro se.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 31, 2022 order denying motion for postconviction relief filed in

Case No. 2018-CF-007876-A, Duval County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

   PETITION GRANTED.

EISNAUGLE, BOATWRIGHT and MACIVER,  JJ., concur.